IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS CHAPMAN, | ) |
| Plaintiff, | ) NO. 3:10-01009 |
| | ) JUDGE HAYNES |
| v. | ) |
| SONYA TROUTT, et al., | ) |
| Defendants. | ) |

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 70) that Defendant Judge Dee David Gay's motion to dismiss (Docket Entry No. 27); and Defendants Tara Wyllie's and C. Wayne Hyatt's motion to dismiss (Docket Entry No. 39) should be granted. Plaintiff responded in opposition. (Docket Entry No. 49 and 66).

After de novo review, the Court **ADOPTS** the Report and Recommendation and the Defendants motion to dismiss this action (Docket Entry Nos. 27 and 39) **GRANTED.** This action is **DISMISSED with prejudice.** The motion is the pleadings (Docket Entry No, 67) is **DENIED as moot**.

This is the Final Order is this action.

It is so **ORDERED.**

ENTERED this the ___ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge